Charles M. Lizza
William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs Axsome Malta Ltd.
and Axsome Therapeutics, Inc.*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **AXSOME MALTA LTD. and AXSOME THERAPEUTICS, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**AUROBINDO PHARMA USA, INC. and AUROBINDO PHARMA LIMITED,**<br><br>Defendants. | **Civil Action No. _____**<br><br>**(Filed Electronically)** |

**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, counsel for Plaintiffs Axsome Malta Ltd. and Axsome Therapeutics, Inc. certifies the following:

1. The full name of the parties represented by me are: Axsome Malta Ltd. and Axsome Therapeutics, Inc.

2. Axsome Malta Ltd. is a wholly-owned subsidiary of Axsome Therapeutics, Inc., which is a publicly traded company.

- 2 -

Dated:  January 18, 2024

*Of Counsel*:

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Gabriel P. Brier
Frank C. Calvosa
Abigail E. DeMasi
Shira M. Bergman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
(212) 849-7000

By: s/ Charles M. Lizza
Charles M. Lizza
William C. Baton
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey  07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs Axsome Malta Ltd. and Axsome Therapeutics, Inc.*